# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Sourcebooks, Inc.
       Plaintiff,

v.                Case No.: 1:11−cv−07738
               Honorable Amy J. St. Eve

Anita Clenney
       Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 12, 2011:

  MINUTE entry before Honorable Amy J. St. Eve:Status hearing held on 12/12/2011 and continued to 2/21/2012 at 08:30 AM. Per the joint status report, parties agree that discovery is limited. Rule 26(a)(1) disclosures and written discovery should be issued by 12/28/11. Fact discovery should be completed by 3/30/12. Plaintiff's expert report by 4/30/12. Defendant's expert report by 5/30/12. All expert discovery should be completed by 7/30/12. Dispositive motions with supporting memoranda should be filed by 9/4/12. Plaintiff's motion to strike and motion to dismiss count 1 of defendant's counterclaims should be filed by 12/13/11. Response by 1/6/12. Reply by 1/20/12. Plaintiff to answer or otherwise plead to count 3 of the counterclaims and third−party complaint by 1/6/12. Response by 1/27/12. Reply by 2/10/12. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Mailed notice(kef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.