IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

SOURCEBOOKS, INC.,

    Plaintiff,

v.                                CIVIL ACTION NO. 1:11-CV-07738
                                 The Honorable Amy J. St. Eve

ANITA CLENNEY,

    Defendant and Third-Party Plaintiff,

v.

REED SMITH LLP and
DAVIS WRIGHT TREMAINE LLP,

    Third-Party Defendants.

### DEFENDANT'S MOTION FOR LEAVE TO AMEND ANSWER

Defendant Anita Clenney, by counsel, moves the Court, as provided by Fed. R. Civ. P. 15(a), for leave to amend her answer. As explained in the memorandum of law filed contemporaneously with this motion, the Defendant seeks to elaborate on certain affirmative defenses she has pled and to provide additional facts in support thereof, which makes the amendment of her answer timely, necessary, and appropriate.

                                                                     ANITA CLENNEY
                                                                     By Counsel

<u>Adam M. Salzman</u>
Adam M. Salzman (ARDC 6287280)
The Salzman Law Office
1111 South Boulevard
Oak Park, IL 60302
(708) 320-9888

Jeffrey V. Mehalic (Admitted *pro hac vice*)
Law Offices of Jeffrey V. Mehalic
2011 Quarrier Street
P. O. Box 11133
Charleston, WV 25339-1133
(304) 346-3462

*Counsel for Defendant Anita Clenney*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

SOURCEBOOKS, INC.,

    Plaintiff,

v.                              CIVIL ACTION NO. 1:11-CV-07738
                                 The Honorable Amy J. St. Eve

ANITA CLENNEY,

    Defendant and Third-Party Plaintiff,

v.

REED SMITH LLP and
DAVIS WRIGHT TREMAINE LLP,

    Third-Party Defendants.

## CERTIFICATE OF SERVICE

    I, Jeffrey V. Mehalic, hereby certify that on the 6th day of January, 2012, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

Douglas A. Albritton, Esquire
Peter M. Stasiewicz, Esquire
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507

                                           /s/ Jeffrey V. Mehalic
                                           Jeffrey V. Mehalic (Admitted *pro hac vice*)