**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

SOURCEBOOKS, INC.,

        Plaintiff,

v.

                                       CIVIL ACTION NO. 1:11-CV-07738
                                       The Honorable Amy J. St. Eve

ANITA CLENNEY,

        Defendant and Third-Party Plaintiff,

v.

REED SMITH LLP and
DAVIS WRIGHT TREMAINE LLP,

        Third-Party Defendants.

## NOTICE OF MOTION

TO:     All Counsel of Record as Reflected in the Court's CM/ECF System for this case

     PLEASE TAKE NOTICE that on Wednesday January 11, 2012 at 8:30 a.m., or as soon thereafter as counsel may be heard, Reed Smith LLP will appear before the Honorable Judge Amy J. St. Eve, or any judge sitting in her stead, in Courtroom 1241 of the United States District Court, 219 South Dearborn, Chicago, Illinois, and shall then and there present the contemporaneously filed Motion for Short Extension of Time to File Memorandum of Law in Support of Motion to Dismiss Count III of Defendant's Counterclaims and Defendant's Third-Party Complaint.

Dated: January 6, 2011                   REED SMITH LLP

                                 By:    /s/ Douglas A. Albritton
                                         One of its attorneys

                                         Douglas Alan Albritton (ARDC# 6228734)
                                         REED SMITH LLP
                                       10 South Wacker Drive, 40th Floor
                                       Chicago, Illinois 60606-7507
                                       Phone (312) 207-6550
                                       Fax (312) 207-6400

US_ACTIVE-108246632.1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that he served the foregoing

NOTICE OF MOTION FOR MOTION FOR SHORT EXTENSION OF TIME TO FILE
MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS COUNT III OF
DEFENDANT'S COUNTERCLAIMS AND DEFENDANT'S THIRD-PARTY COMPLAINT

by means of the Court's CM/ECF System, which causes a true and correct copy of the same to
be served electronically on all CM/ECF registered counsel of record, on January 6, 2012.


/s/ Douglas A. Albritton
Douglas A. Albritton