## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

SOURCEBOOKS, INC.,

      Plaintiff,

v.                                     CIVIL ACTION NO. 1:11-CV-07738
                                       The Honorable Amy J. St. Eve

ANITA CLENNEY,

      Defendant and Third-Party Plaintiff,

v.

REED SMITH LLP and
DAVIS WRIGHT TREMAINE LLP,

      Third-Party Defendants.

### NOTICE OF MOTION

Please take notice that on Wednesday, January 11, 2012 at 8:30 a.m., or as soon thereafter as counsel may be heard, Defendant Anita Clenney, by counsel, will appear before the Honorable Amy J. St. Eve in Courtroom 1241 in the Everett McKinley Dirken United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 for the purpose of presenting her contemporaneously filed Motion for Leave to Amend Answer.

                                          **ANITA CLENNEY**
                                          **By Counsel**

Adam M. Salzman
Adam M. Salzman (ARDC 6287280)
The Salzman Law Office
1111 South Boulevard
Oak Park, IL 60302
(708) 320-9888

Jeffrey V. Mehalic (Admitted *pro hac vice*)
Law Offices of Jeffrey V. Mehalic
2011 Quarrier Street
P. O. Box 11133
Charleston, WV 25339-1133
(304) 346-3462

*Counsel for Defendant Anita Clenney*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**SOURCEBOOKS, INC.,**

      **Plaintiff,**

**v.**                                  **CIVIL ACTION NO. 1:11-CV-07738**
                                         **The Honorable Amy J. St. Eve**

**ANITA CLENNEY,**

      **Defendant and Third-Party Plaintiff,**

**v.**

**REED SMITH LLP and**
**DAVIS WRIGHT TREMAINE LLP,**

      **Third-Party Defendants.**

### CERTIFICATE OF SERVICE

I, Jeffrey V. Mehalic, hereby certify that on the 6th day of January, 2012, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

Douglas A. Albritton, Esquire
Peter M. Stasiewicz, Esquire
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507

/s/ Jeffrey V. Mehalic
Jeffrey V. Mehalic (Admitted *pro hac vice*)

3