IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

SOURCEBOOKS, INC.,

    Plaintiff,

v.                           CIVIL ACTION NO. 1:11-CV-07738
                             The Honorable Amy J. St. Eve

ANITA CLENNEY,

    Defendant and Third-Party Plaintiff,

v.

REED SMITH LLP and
DAVIS WRIGHT TREMAINE LLP,

    Third-Party Defendants.

**DEFENDANT/THIRD-PARTY PLAINTIFF'S RESPONSE IN
OPPOSITION TO MOTION FOR SHORT EXTENSION OF TIME
TO FILE MEMORANDUM OF LAW IN SUPPORT OF MOTION
TO DISMISS COUNT III OF DEFENDANT'S COUNTERCLAIMS
<u>AND DEFENDANT'S THIRD-PARTY COMPLAINT</u>**

Following an initial status hearing on December 12, 2011, the Court's minute entry of the same date [Document # 16] established that Plaintiff Sourcebooks, Inc. and Third-Party Defendants Reed Smith LLP and Davis Wright Tremaine LLP would have until January 6, 2012 "to answer or otherwise plead to count 3 of the counterclaim and third-party complaint."

On January 6, Reed Smith LLP filed a motion for an extension through January 11 within which to file a memorandum of law in support of the motion to dismiss Count III of the Defendant's Counterclaim and her Third-Party Complaint [Document # 25].

The Court should deny Reed Smith's motion as moot, however, because neither the Plaintiff nor the Third-Party Defendants filed any motion to dismiss Count III of the Counterclaim and the Third-Party Complaint on or before January 6, which was the deadline agreed to by the parties and established by the Court. As no motion was filed, there is no need for a supporting memorandum.

Neither should the Plaintiff or the Third-Party Defendants be permitted, at this point, to seek leave from the Court to file the motion to dismiss that was due by January 6. The Plaintiff and the Third-Party Defendants have adequate resources to ensure that they can comply with deadlines to which they have already agreed.

Having failed to file their motion by the deadline set by the Court, the Plaintiff and Third-Party Defendants should be found to have waived their ability to do so, and the Court should deny the pending motion to file a memorandum in support as moot.

**WHEREFORE**, Defendant/Third-Party Plaintiff Anita Clenney prays that this Honorable Court deny Reed Smith LLP's motion for an extension within which to file a memorandum of law in support of the motion to dismiss Count III of the Defendant's Counterclaim and her Third-Party Complaint

**ANITA CLENNEY**
**By Counsel**

<u>Adam M. Salzman</u>
Adam M. Salzman (ARDC 6287280)
The Salzman Law Office
1111 South Boulevard
Oak Park, IL 60302
(708) 320-9888

Jeffrey V. Mehalic (Admitted *pro hac vice*)
Law Offices of Jeffrey V. Mehalic
2011 Quarrier Street
P. O. Box 11133
Charleston, WV 25339-1133
(304) 346-3462

*Counsel for Defendant Anita Clenney*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

SOURCEBOOKS, INC.,

    Plaintiff,

v.                             CIVIL ACTION NO. 1:11-CV-07738
                                The Honorable Amy J. St. Eve

ANITA CLENNEY,

    Defendant and Third-Party Plaintiff,

v.

REED SMITH LLP and
DAVIS WRIGHT TREMAINE LLP,

    Third-Party Defendants.

## CERTIFICATE OF SERVICE

I, Jeffrey V. Mehalic, hereby certify that on the 9th day of January, 2012, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

                Douglas A. Albritton, Esquire
                Peter M. Stasiewicz, Esquire
                      Reed Smith LLP
          10 South Wacker Drive, 40th Floor
                  Chicago, IL 60606-7507

                                /s/ Jeffrey V. Mehalic
                              Jeffrey V. Mehalic (Admitted *pro hac vice*)