**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division**

Sourcebooks, Inc.
                      Plaintiff,

v.                                     Case No.: 1:11−cv−07738
                                          Honorable Amy J. St. Eve

Anita Clenney
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 26, 2012:

    MINUTE entry before Honorable Susan E. Cox: Pursuant to a request by defendant's counsel, the deadline for defendant to submit a written offer to plaintiff's counsel and the Court is extended to 1/27/12. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.